**Petition for Writ of Mandamus Denied and Majority and Concurring Opinions filed June 6, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00267-CV

---

## IN RE KOSMOS ENERGY SAO TOME AND PRINCIPE, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
157th District Court
Harris County, Texas
Trial Court Cause No. 2017-71987**

---

## MAJORITY OPINION

On March 28, 2019, relator Kosmos Energy Sao Tome and Principe filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris

County, to vacate the part of her March 4, 2019 order denying relator's motion to quash the deposition of Andrew Inglis and requiring relator to produce Mr. Inglis for deposition.

To obtain mandamus relief, a relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam). Relator has not shown that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus.


/s/    Ken Wise
Justice


Panel consists of Chief Justice Frost and Justices Wise and Zimmerer. (Frost, C.J., concurring).